IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:02CR3112 |
| | ) | |
| v. | ) | |
| | ) | |
| JONATHON TREJO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On the 18th day of November, 2005, the defendant, Jonathon Trejo, appeared before the court on the Petition for Warrant or Summons for Offender Under Supervision (Filing No. 73). Assistant Federal Public Defender Jeff Thomas was appointed to represent Jonathon Trejo. The United States was represented by Michael Norris. The defendant was advised of the allegations and the maximum penalty that could be imposed upon revocation of his supervised release.

Jonathon Trejo elected to proceed with the hearing. He admitted to allegations 1, 2, and 3 of the Petition. The United States elected not to proceed on the remaining allegations. The Court accepted the defendant's admission and found him to be in violation of his supervised release. Accordingly,

IT IS ORDERED:

1) Defendant's supervised release is revoked and Jonathon Trejo is committed to the custody of the United States Bureau of Prisons for a term of one year with no supervised release to follow.

2) The Court recommends to the Bureau of Prisons that Jonathon Trejo be incarcerated outside this region and not in the State of Colorado.

DATED this 21st day of November, 2005.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Judge

**ACKNOWLEDGMENT OF RECEIPT**

I hereby acknowledge receipt of a copy of this judgment this ____ day of _____, 200___.

$\overline{\hspace{5cm}}$
Signature of Defendant

**RETURN**

It is hereby acknowledged that the defendant was delivered on the ____ day of _____, 200___ to _____, with a certified copy of this judgment.

$\overline{\hspace{5cm}}$
UNITED STATES WARDEN

By:_____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of Receipt, above.**

**CERTIFICATE**

It is hereby certified that a copy of this judgment was served upon the defendant this ____ day of _____, 200___.

$\overline{\hspace{5cm}}$
UNITED STATES WARDEN

By:_____